[No. 28673-8-III.   Division Three.   January 22, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. CHANCEY DEAN HOWARD, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 08-1-01284-4, Bruce A. Spanner, J., entered April 1, 2010. *Affirmed* by unpublished opinion per Kulik, J., concurred in by Siddoway, A.C.J., and Brown, J.

[No. 29232-1-III.   Division Three.   January 22, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. PHILIP J. STRONG, *Appellant*.

Appeal from a judgment of the Superior Court for Ferry County, No. 07-1-00007-1, Allen Nielson, J., entered July 16, 2010. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Brown and Kulik, JJ.

[No. 29653-9-III.   Division Three.   January 22, 2013.]

*In the Matter of the Marriage of* LAURA LOUISE DEAGUERO, *Appellant*, and PARIS ANTHONY DEAGUERO, *Respondent*.

Appeal from a judgment of the Superior Court for Stevens County, No. 05-3-00011-4, Allen Nielson, J., entered December 16, 2010. *Affirmed* by unpublished opinion per Brown, J., concurred in by Korsmo, C.J., and Kulik, J.